IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ERVIN L. & LAURA M. THOMAS ) | |
| ) | |
| ) | |
| HOMECOMINGS FINANCIAL NETWORK, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 06B15321 |
| ) | JUDGE |
| ) | SUSAN PIERSON SONDERBY |
| ERVIN L. & LAURA M. THOMAS, ) | |
| Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Homecomings Financial Network, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 6, 2007.

    a. Attorney's Fees          $250.00

    b. NSF fees                 $25.00

    c. Property Inspections     $29.28

    Total                       $304.28

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within

thirty days of this notice, Homecomings Financial Network rights to collect these amounts will remain unaffected.

                                      Respectfully Submitted,
                                      Homecomings Financial Network

                                      /s/Dana N. O'Brien
                                      Dana N. O'Brien
                                      ARDC#6256415

                                      Pierce and Associates, P.C.
                                      1 North Dearborn Street
                                      Suite 1300
                                      Chicago, Illinois 60602
                                       (312)346-9088